UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: STACIE LEIGH MONROE

)  CHAPTER 7
)
Debtor,       )  CASE NUMBER 19-70718-SMS
)
)

I, Terry Greene, hereby certify that I provide monthly support in the amount of $900 to the household of the above debtor for household expenses.

This 30th day of December 2019.

_____
Terry Greene

Sworn to me on this 30th day of December 2019

_____
**Notary Public**

